UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JEFFREY CONCEPCION,<br><br>    Plaintiff,<br><br>  vs.<br><br>JAMES E. TILTON, et al.,<br><br>    Defendants. | Case No: C 08-2296 SBA<br><br>**JUDGMENT** |

    In accordance with the Court's Order Granting Defendants' Motion for Summary Judgment,

    IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendants.

    IT IS SO ORDERED.

Dated: September 27, 2010

                                                           *Saundra B Armstrong*
                                                    SAUNDRA BROWN ARMSTRONG
                                                    United States District Judge